United States District Court
For The District of Columbia

**FILED**

MAY 21 2002



Lois Tett
901 New Jersey NW
#602
Washington, DC 20001-1445
202-326-9170

V

Great Lakes Higher Ed
  Guaranty Corporation
OSI Collection Services, Inc.
U.S. Department of Education
  ATTN: OSI Collection Services, Inc.
  5626 Frantz Road, Suite 26
  Dublin, OH 43017-2590
  (614) 766-5041      (800) 236-5100
Charles A. Wilson
Department of the Treasury, P.O. Box 1686 - Birmingham, AL 35201-1686
Financial Management Service
(800) 304-3107

CASE NUMBER   1:02CV00987
JUDGE: James Robertson
DECK TYPE: Student Loan (J)
DATE STAMP: 05/21/2002

## COMPLAINT

I am complaining because 25% of my disability annuity are being withdrawn from my monthly allotment in spite of the fact that my doctor submitted the information that I am completely disabled. Great Lakes stated forgiveness was possible upon submittal of this information. Information was sent three weeks ago.

1

Page 2
Lois Tett Complaint

Still Charles A. Wilson, Department of Treasury Financial Management Service (800) 304-3107 took $131.81 from my disability payment.

I am pleading extreme hardship for following reasons:

This brings income to $396.45
Rent is      $137.00
utility       30.00
telephone  $130.00
  includes cell phone
internet access 49.00
food         $25.00
transportation $15.00
wash/clean $25.00
  clothes

Already I was struggling, with a disabled parent aged 87 in another state for which I need cell phone. I won't be able to afford bare necessities, such as food, transportation, and telephone, utility. I plead to have my $131.81 returned and the loan forgiven as Great Lakes Higher Ed Guaranty Corporation stated they would do. Also, I want this offset on my Federal payment immediately removed.

Lois Tett
901 New Jersey Avenue, NW
#602
Washington, DC 20001-1445